United States District Court
Southern District of Texas
FILED

AUG 2 9 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. **M-17-1287** |
| MARIO ALBERTO ALVARADO | | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about November 10, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARIO ALBERTO ALVARADO**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL

FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY